1010

[No. 30720-4-III.   Division Three.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DION TARIES JORDAN BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-8-00047-7, Susan L. Hahn, J., entered March 23, 2012. *Remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 30921-5-III.   Division Three.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMAR JAY LOOMIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00135-3, Evan E. Sperline, J., entered May 22, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 30937-1-III.   Division Three.   December 3, 2013.]

*In the Matter of the Marriage of* KIRSTEN MARIE HESS, *Respondent*, and SCOTT DAMON HESS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-3-00435-8, Joseph R. Schneider, J. Pro Tem., entered May 8, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.

[No. 30961-4-III.   Division Three.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE LEE BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03625-2, Maryann C. Moreno, J., entered June 27, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.